UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                           Jane K. Castro
Clerk of Court                                              Chief Deputy Clerk

November 12, 2024

Mr. Kurt J. Mayer
Office of the Federal Public Defender
District of New Mexico
111 Lomas Boulevard NW, Suite 501
Albuquerque, NM 87102

**RE:    24-2161, United States v. Moore**
Dist/Ag docket: 1:23-CR-01351-KWR-1

Dear Counsel:

You have been appointed as counsel for appellant pursuant to the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal. If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for certiorari. If the client requests, and you believe a petition to be legally sound, you must file one with the clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Brittany DuChaussee
Mia Rubin

CMW/sds